**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TERRYETT O. WOODS, | |
| Plaintiff, | |
| vs. | 2:16-cv-01021-GMN-VCF |
| HERBERT LEE MERRIWEATHER, | **ORDER** |
| Defendants. | |

Before the Court is Plaintiff's Motion to Inspection Documents (ECF No. 5).

A decision on the report and recommendation to dismiss Ms. Woods complaint is currently pending. (ECF No. 2). Ms. Woods' motion is prematurely filed.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Inspection Documents (ECF No. 5) is DENIED without prejudice.

DATED this 23rd day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE